United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Keith R. Patton
Krista L. Patton
    Debtors

Case No. 16-14257-sr
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Cathleen                Page 1 of 2                   Date Rcvd: Aug 22, 2016
                               Form ID: 309I                 Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.
```
db/jdb         +Keith R. Patton,   Krista L. Patton,    160 East Chelton Road,   Brookhaven, PA 19015-3332
tr             +FREDERICK L. REIGLE,   Chapter 13 Trustee,    2901 St. Lawrence Ave.,   P.O. Box 4010,
                 Reading, PA 19606-0410
13747875       +Aes/lsl Trust,   Po Box 61047,   Harrisburg, PA 17106-1047
13747878       +Carmax Auto Finance,   PO Box 440609,   Kennesaw, GA 30160-9511
13747879       +Cb South,   4621 W. Napoleon,   Metairie, LA 70001-2487
13747881       +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
13747882       +Cibik & Cataldo, P.C.,   1500 Walnut Street, Suite 900,   Philadelphia, PA 19102-3518
13747884       +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   PO Box 790040,
                 Saint Louis, MO 63179-0040
13747885       +Citibank/The Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   PO Box 790040,
                 Saint Louis, MO 63179-0040
13747886       +Citihealth,   Po Box 6497,   Sioux Falls, SD 57117-6497
13747892       +Comenitycapital/boscov,   Po Box 182120,   Columbus, OH 43218-2120
13747894       +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13747895       +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13747898        M&t Credit Services Ll,   1100 Worley Drive,   Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
13772229       +MIDLAND FUNDING LLC,   PO BOX 2011,   WARREN, MI 48090-2011
13747899        PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13747905       +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
                 Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@ccpclaw.com Aug 23 2016 01:58:34     MICHAEL A. CIBIK2,
                 Cibik & Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA  19102
smg             E-mail/Text: bankruptcy@phila.gov Aug 23 2016 01:59:36     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2016 01:58:58
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2016 01:59:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 23 2016 01:59:24     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13747876       +EDI: BANKAMER.COM Aug 23 2016 01:48:00      Bank Of America,   NC4-105-03-14,   PO Box 26012,
                 Greensboro, NC 27420-6012
13747880       +EDI: CHASE.COM Aug 23 2016 01:48:00      Chase,   Attn: Correspondence Dept,   PO Box 15298,
                 Wilmington, DE 19850-5298
13747887       +E-mail/Text: bankruptcy@phila.gov Aug 23 2016 01:59:36     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102-1611
13747888       +E-mail/Text: bankruptcy@phila.gov Aug 23 2016 01:59:36     City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
13747889       +EDI: WFNNB.COM Aug 23 2016 01:48:00      Comenity Bank/Ann Taylor Loft,   PO Box 182125,
                 Columbus, OH 43218-2125
13747890       +EDI: WFNNB.COM Aug 23 2016 01:48:00      Comenity Capital Bank/HSN,   PO Box 182125,
                 Columbus, OH 43218-2125
13747891       +EDI: WFNNB.COM Aug 23 2016 01:48:00      Comenitycapital/akc,   3100 Easton Square Pl,
                 Columbus, OH 43219-6232
13747258        EDI: DISCOVER.COM Aug 23 2016 01:48:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
13747893       +EDI: DISCOVER.COM Aug 23 2016 01:48:00      Discover Financial,   Attn: Bankruptcy,
                 PO Box 3025,   New Albany, OH 43054-3025
13747896        EDI: IRS.COM Aug 23 2016 01:48:00      I.R.S.,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13747897       +EDI: CBSKOHLS.COM Aug 23 2016 01:48:00      Kohls/Capital One,   PO Box 3120,
                 Milwaukee, WI 53201-3120
13775127        EDI: Q3G.COM Aug 23 2016 01:48:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
13775128        EDI: Q3G.COM Aug 23 2016 01:48:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
13757371        EDI: RECOVERYCORP.COM Aug 23 2016 01:48:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13749899       +EDI: STF1.COM Aug 23 2016 01:48:00      SunTrust Bank,   Attn: Support Services,
                 P.O. Box 85092,   Richmond, VA 23286-0001
13747900       +EDI: STF1.COM Aug 23 2016 01:48:00      Suntrust Bank,   Po Box 85052,   Richmond, VA 23285-5052
13747901       +EDI: RMSC.COM Aug 23 2016 01:48:00      Synchrony Bank Credit Card,   PO Box 965064,
                 Orlando, FL 32896-5064
13747902       +EDI: RMSC.COM Aug 23 2016 01:48:00      Synchrony Bank/ Old Navy,   PO Box 965064,
                 Orlando, FL 32896-5064
13747903       +EDI: RMSC.COM Aug 23 2016 01:48:00      Synchrony Bank/Gap,   PO Box 965064,
                 Orlando, FL 32896-5064
```

```
District/off: 0313-2          User: Cathleen            Page 2 of 2                  Date Rcvd: Aug 22, 2016
                              Form ID: 309I             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13747904       +EDI: RMSC.COM Aug 23 2016 01:48:00      Synchrony Bank/QVC,    PO Box 965064,
                 Orlando, FL 32896-5064
                                                                                                 TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13747877          Cap1/bstby
13747883*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                        TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                     Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Krista L. Patton ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Keith R. Patton ecf@ccpclaw.com, igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Keith R. Patton**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–8506**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Krista L. Patton**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1216**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **6/14/16** |
| Case number: | **16–14257–sr** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                12/15
**Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Keith R. Patton | Krista L. Patton |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 160 East Chelton Road<br>Brookhaven, PA 19015 | 160 East Chelton Road<br>Brookhaven, PA 19015 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email:  ecf@ccpclaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone (610)779–1313<br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 8/22/16 |

**For more information, see page 2**

Official Form 309I                      **Notice of Chapter 13 Bankruptcy Case**                      page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 16, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/15/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/15/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/11/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 550.00 per month for 60 months. The hearing on confirmation will be held on:<br>**10/26/16** at **10:00 AM**, Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |