United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Keith R. Patton
Krista L. Patton
    Debtors

Case No. 16-14257-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 18, 2020
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
13837396      +JPMorgan Chase, N.A.,    Mail Code OH4-7142,    3415 Vision Drive,    Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
        ANDREW M. LUBIN    on behalf of Creditor    SERVICEMAC, LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
        MICHAEL A. CATALDO2    on behalf of Debtor Keith R. Patton ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Krista L. Patton ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Debtor Keith R. Patton ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Krista L. Patton ecf@ccpclaw.com, igotnotices@ccpclaw.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 11

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-14257-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Keith R. Patton
160 East Chelton Road
Brookhaven PA 19015

Krista L. Patton
160 East Chelton Road
Brookhaven PA 19015

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/17/2020.

Name and Address of Alleged Transferor(s):

Claim No. 19: JPMorgan Chase, N.A., Mail Code OH4-7142, 3415 Vision Drive, Columbus, OH 43219

Name and Address of Transferee:

ServiceMac, LLC
PO Box 105178
Atlanta, GA 30348-5178

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/20/20

Tim McGrath
**CLERK OF THE COURT**