| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-14257-AMC

KEITH R. PATTON
KRISTA L. PATTON
160 EAST CHELTON ROAD
BROOKHAVEN  PA    19015

Petition Filed Date: 06/14/2016
341 Hearing Date: 09/16/2016
Confirmation Date: 01/11/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2019 | $550.00 | | 02/11/2019 | $550.00 | | 03/11/2019 | $550.00 | |
| 04/12/2019 | $550.00 | | 05/13/2019 | $550.00 | | 06/10/2019 | $550.00 | |
| 07/12/2019 | $550.00 | | 08/13/2019 | $550.00 | | 09/16/2019 | $550.00 | Monthly Plan P |
| 10/17/2019 | $550.00 | | 11/18/2019 | $550.00 | | 12/13/2019 | $550.00 | |
| 01/10/2020 | $550.00 | | 02/14/2020 | $550.00 | | 03/13/2020 | $550.00 | |
| 04/10/2020 | $550.00 | | 05/11/2020 | $550.00 | | 06/12/2020 | $550.00 | |
| 07/10/2020 | $550.00 | | | | | | | |

**Total Receipts for the Period: $10,450.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 16 | BANK OF AMERICA NA<br>»» 016 | Unsecured Creditors | $3,604.50 | $823.72 | $2,780.78 |
| 14 | BECKET & LEE, LLP<br>»» 014 | Unsecured Creditors | $937.61 | $207.30 | $730.31 |
| 13 | CARMAX BUSINESS SERVICES LLC<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | SERVICEMAC, LLC AS SERVICER FOR<br>»» 019 | Mortgage Arrears | $53.16 | $53.16 | $0.00 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»» 008 | Unsecured Creditors | $6,674.93 | $1,525.42 | $5,149.51 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $1,472.64 | $336.48 | $1,136.16 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 011 | Unsecured Creditors | $4,963.19 | $1,134.27 | $3,828.92 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»» 012 | Unsecured Creditors | $1,276.01 | $291.60 | $984.41 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $19,581.31 | $4,474.93 | $15,106.38 |
| 10 | M&T BANK<br>»» 010 | Unsecured Creditors | $5,372.51 | $1,227.78 | $4,144.73 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $1,406.29 | $321.33 | $1,084.96 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $3,256.03 | $744.14 | $2,511.89 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $335.58 | $61.70 | $273.88 |

**Chapter 13 Case No. 16-14257-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $6,063.78 | $1,385.72 | $4,678.06 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $1,813.96 | $414.53 | $1,399.43 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,690.80 | $386.27 | $1,304.53 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $8,408.61 | $1,921.65 | $6,486.96 |
| 2 | SUNTRUST BANK<br>»» 002 | Secured Creditors | $5,826.26 | $5,826.26 | $0.00 |
| 3 | CIBIK & CATALDO PC<br>»» 003 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,950.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $24,636.26 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,291.85 | Total Plan Base: | $33,000.00 |
| Funds on Hand: | $21.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.