Certificate Number: 16339-PAE-DE-035608668

Bankruptcy Case Number: 16-14257



16339-PAE-DE-035608668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 25, 2021, at 10:47 o'clock AM EDT, Keith Patton completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 26, 2021                By:   /s/Kelley Tipton

                                     Name: Kelley Tipton

                                     Title: Certified Financial Counselor