Certificate Number: 16339-PAE-DE-035608672

Bankruptcy Case Number: 16-14257



16339-PAE-DE-035608672

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 25, 2021, at 10:47 o'clock AM EDT, Krista Patton completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 26, 2021                    By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor