| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-14257-AMC**

KEITH R. PATTON
KRISTA L. PATTON
160 EAST CHELTON ROAD
BROOKHAVEN  PA    19015

Petition Filed Date: 06/14/2016
341 Hearing Date: 09/16/2016
Confirmation Date: 01/11/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $550.00 | | 02/14/2020 | $550.00 | | 03/13/2020 | $550.00 | |
| 04/10/2020 | $550.00 | | 05/11/2020 | $550.00 | | 06/12/2020 | $550.00 | |
| 07/10/2020 | $550.00 | | 08/14/2020 | $550.00 | | 09/14/2020 | $550.00 | |
| 10/19/2020 | $550.00 | | 11/16/2020 | $550.00 | | 12/18/2020 | $550.00 | |
| 01/15/2021 | $550.00 | | 02/12/2021 | $550.00 | | 03/12/2021 | $550.00 | |
| 04/12/2021 | $550.00 | 7588423000 | 05/17/2021 | $550.00 | | 06/02/2021 | $550.00 | |

**Total Receipts for the Period:  $9,900.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $33,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 16 | BANK OF AMERICA NA<br>»»  016 | Unsecured Creditors | $3,604.50 | $1,096.84 | $2,507.66 |
| 14 | BECKET & LEE, LLP<br>»»  014 | Unsecured Creditors | $937.61 | $271.14 | $666.47 |
| 13 | CARMAX BUSINESS SERVICES LLC<br>»»  013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | SERVICEMAC, LLC AS SERVICER FOR<br>»»  019 | Mortgage Arrears | $53.16 | $53.16 | $0.00 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»»  008 | Unsecured Creditors | $6,674.93 | $2,031.16 | $4,643.77 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»»  009 | Unsecured Creditors | $1,472.64 | $448.07 | $1,024.57 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»»  011 | Unsecured Creditors | $4,963.19 | $1,510.31 | $3,452.88 |
| 12 | QUANTUM3 GROUP LLC as agent for<br>»»  012 | Unsecured Creditors | $1,276.01 | $388.27 | $887.74 |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $19,581.31 | $5,958.46 | $13,622.85 |
| 10 | M&T BANK<br>»»  010 | Unsecured Creditors | $5,372.51 | $1,634.82 | $3,737.69 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  004 | Unsecured Creditors | $1,406.29 | $427.88 | $978.41 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  005 | Unsecured Creditors | $3,256.03 | $990.84 | $2,265.19 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  006 | Unsecured Creditors | $335.58 | $94.47 | $241.11 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  007 | Unsecured Creditors | $6,063.78 | $1,845.14 | $4,218.64 |

**Chapter 13 Case No. 16-14257-AMC**

| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  017 | Unsecured Creditors | $1,813.96 | $551.98 | $1,261.98 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  018 | Unsecured Creditors | $1,690.80 | $514.41 | $1,176.39 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  015 | Unsecured Creditors | $8,408.61 | $2,558.71 | $5,849.90 |
| 2  | SUNTRUST BANK<br>»»  002 | Secured Creditors | $5,826.26 | $5,826.26 | $0.00 |
| 3  | CIBIK & CATALDO PC<br>»»  003 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,000.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $29,701.92 | Arrearages: | ($550.00) |
| Paid to Trustee: | $2,781.35 | Total Plan Base: | $33,000.00 |
| Funds on Hand: | $516.73 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.