United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-14257-amc |
| Keith R. Patton | Chapter 13 |
| Krista L. Patton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith R. Patton, Krista L. Patton, 160 East Chelton Road, Brookhaven, PA 19015-3332 |
| 13747875 | + | Aes/lsl Trust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13747876 | + | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 13832254 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13824540 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13799119 | + | CarMax Business Services LLC, 225 Chastain Meadows Court, Kennesaw, GA 30144-5897 |
| 13747878 | + | Carmax Auto Finance, PO Box 440609, Kennesaw, GA 30160-9511 |
| 13747886 | + | Citihealth, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13747894 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13747895 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14412508 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13751224 | + | JPMorgan Chase Bank, National Association, c/o JOSHUA ISAAC GOLDMAN, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13782988 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 13747898 | | M&t Credit Services Ll, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |
| 13747899 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14484717 | | ServiceMac, LLC, PO Box 105178, Atlanta, GA 30348-5178 |
| 13749899 | + | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 13747900 | + | Suntrust Bank, Po Box 85052, Richmond, VA 23285-5052 |
| 13747905 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2021 23:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2021 23:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 27 2021 23:21:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:09 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13747887 | | Email/Text: megan.harper@phila.gov | Jul 27 2021 23:21:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13747888 | | Email/Text: megan.harper@phila.gov | | |

Case 16-14257-amc    Doc 49    Filed 07/29/21    Entered 07/30/21 00:38:55    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 49 |

| ID | | Delivery method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 27 2021 23:21:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13747882 | + | Email/Text: ecf@ccpclaw.com | Jul 27 2021 23:21:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13747884 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:36 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13747885 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2021 23:38:29 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 13747889 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 23:21:00 | Comenity Bank/Ann Taylor Loft, PO Box 182125, Columbus, OH 43218-2125 |
| 13747890 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 23:21:00 | Comenity Capital Bank/HSN, PO Box 182125, Columbus, OH 43218-2125 |
| 13747891 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 23:21:00 | Comenitycapital/akc, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 13747892 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 23:21:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 13747258 | | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:21:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13747893 | + | Email/Text: mrdiscen@discover.com | Jul 27 2021 23:21:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 13747896 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2021 23:21:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13747880 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 23:24:08 | Chase, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 13747881 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 23:24:08 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 13837395 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 23:24:08 | JPMorgan Chase, N.A., Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13837396 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 23:24:08 | JPMorgan Chase, N.A., Mail Code OH4-7142, 3415 Vision Drive, Columbus, OH 43219 |
| 13747897 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2021 23:21:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |
| 13772229 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2021 23:21:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13830689 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2021 23:24:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13775127 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 23:21:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13775128 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 23:21:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13757371 | | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2021 23:24:09 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13747901 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:26 | Synchrony Bank Credit Card, PO Box 965064, Orlando, FL 32896-5064 |
| 13747902 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:26 | Synchrony Bank/ Old Navy, PO Box 965064, Orlando, FL 32896-5064 |
| 13747903 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2021 23:24:14 | Synchrony Bank/Gap, PO Box 965064, Orlando, FL 32896-5064 |
| 13747904 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 16-14257-amc   Doc 49   Filed 07/29/21   Entered 07/30/21 00:38:55   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 138NEW | Total Noticed: 49 |

Jul 27 2021 23:24:27   Synchrony Bank/QVC, PO Box 965064, Orlando, FL 32896-5064

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13747877 |  | Cap1/bstby |
| 13747883 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13747879 | ##+ | Cb South, 4621 W. Napoleon, Metairie, LA 70001-2482 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2021       Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor SERVICEMAC LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor JPMorgan Chase Bank National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Krista L. Patton ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Keith R. Patton ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Joint Debtor Krista L. Patton ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Keith R. Patton ecf@ccpclaw.com igotnotices@ccpclaw.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor JPMorgan Chase Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Jul 27, 2021 Form ID: 138NEW Total Noticed: 49
TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Keith R. Patton and Krista L. Patton
      Debtor(s)

Bankruptcy No: 16−14257−amc
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                           For The Court
                                                           Timothy B. McGrath
                                                           Clerk of Court

Dated: 7/27/21

                                                                                         48 − 47
                                                                                     Form 138_new